**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Thomas Lavon SMITH, Jr., a/k/a
Tater, Defendant–Appellant.**

**No. 15–7919.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

Thomas Lavon Smith, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lavon Smith, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 3:11–cr–00287–MOC–1 (W.D.N.C. Nov. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*